JOHN F. ASHTON *v.* HEINKE P. ASHTON
(12308)

FOTI, LAVERY and HEIMAN, Js.

Argued October 25—decision released November 15, 1994

*Abraham I. Gordon* and *Ronald D. Japha,* with whom, on the brief, was *Richard S. Scalo,* for the appellant (defendant).

*Mark F. Katz,* with whom, on the brief, was *Gordon Erickson,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.